UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID B. CAMPBELL,

    Plaintiff,

v.

ELDON VAIL, et al.,

    Defendants.

Case No. C09-5471BHS

ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 5) and Petitioner's Objections to the Report and Recommendation (Dkt. 6).

On August 17, 2009, Plaintiff filed a 42 U.S.C. § 1983 Civil Rights complaint against Defendants. Dkt. 4. On August 18, 2009, Judge Creatura issued a Report and Recommendation and recommended that the Court dismiss the complaint without prejudice. Dkt. 5. Judge Creatura found that Plaintiff's Civil Rights action fails to state a claim because it "directly challenges the propriety of plaintiff's guilty plea and criminal conviction." *Id*. On August 28, 2009, Plaintiff filed Objections to the Report and Recommendation. Dkt. 6.

In his objections, Plaintiff argues that, alternative to a federal habeas corpus action, he may challenge his conviction under 42 U.S.C. § 1983. Dkt. 6 at 5-7. For the reasons

ORDER – 1

stated in Judge Creatura's report, the Court disagrees with Plaintiff. Therefore, the Court overrules Plaintiff's objection to Judge Creatura's report.

The Court has reviewed the remainder of Plaintiff's objections and finds an absence of any proper objection to Judge Creatura's report. Instead, Plaintiff's arguments challenge his plea and the state court proceeding.

Therefore, the Court having considered the Report and Recommendation, Plaintiff's objections, and the remaining record, does hereby find and order:

(1) The Court **OVERRULES** Plaintiff's Objections;

(2) The Court adopts the Report and Recommendation; and

(3) This action is **DISMISSED without prejudice** because Plaintiff has failed to state a claim under 42 U.S.C. § 1983.

DATED this 6th day of October, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2