AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID B. CAMPBELL

v.

ELDON VAIL, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5471BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Plaintiff's Objections;

The Court adopts the Report and Recommendation; and

This action is **DISMISSED without prejudice** because Plaintiff has failed to state a claim under 42 U.S.C. § 1983.

   October 6, 2009                                                  BRUCE RIFKIN
Date                                                                           Clerk

                                                                                          *s/CM Gonzalez*
                                                                                      Deputy Clerk